958 A.2d 1042

Antoine SAUNDERS, Petitioner

v.

David DIGUGLIEILMO [sic], et al., Respondent.

No. 115 EM 2008.

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

958 A.2d 1043

Allen FEINGOLD and Dora Garcia Feingold, Petitioners

v.

WHOLE FOODS MARKET, INC., Respondent.

No. 117 EM 2008.

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**